IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02424-WYD-MJW

DAVID T. HELD by Sheila A. Held, Attorney in Fact,

    Plaintiff(s),

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant(s).

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Unopposed Motion to Dismiss With Prejudice, filed January 9, 2006.  Having reviewed the Motion and the file herein, I find that this case should be dismissed.  Therefore, it is hereby

ORDERED that this case is dismissed **WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

Dated:  January 13, 2006

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge